# Exhibit A

 **Manufacturing**

# Invoice

| | Date | Invoice # |
|---|---|---|
| | 3/9/2011 | 1246 |

4590 N. 11000 W. Road
Bonfield, IL 60913
(815) 426-2330
ndymfg@yahoo.com

**PAID 03/18/2011**

**Bill To:**

Daryl Peterson
31819 - 581st Ave
Wiinthrop, MN 55396

**Ship To:**

Same

| P.O. Number | Terms | Due Date | Via | | Sales Order # |
|---|---|---|---|---|---|
| Verbal | Net 15 | 3/9/2011 | UPS | Bonfield | |

| Item # | Qty | Description | UOM | Price Ea. | Amount |
|---|---|---|---|---|---|
| NDY1063-SS | 2 | Stalk Stomper | | 219.00 | 438.00 |
| | | | | | |
| | | | | | $438.00 |

WARRANTY: NDY Mfg warranties its products to be free from defects in materal and workmanship for a period, not exceeding one year from date of purchase. All defective parts will be replaced with a new or upgraded part, free of charge. Warranty value is limited to the purchased price of the defective product. Contact your dealer whom you purchased the item from or NDY Mfg for replacement of defective product. NDY is not responsible to warranty items from: improper installation of product or products damaged by accident, misuse of product, lack of maintenance or any unauthorized alteration or modifications.

RETURNS: If not completely satisfied, contact your NDY representative within 30 days of delivery for a refund. All Products returned must be in good condition. A refund will be issued after merchandise has been received. A 20% restocking fee will be charged on all returns other than shipping error or warranty. NDY is not responsible for return shipping charges.

NDY POLICY: Descrepancies shoud be reported with 10 days after receipt of invoice. Invoices are due in full 30 days from date on invoice. A service charge of 2% per month will apply to past due balances (average annum rate of 24%). A $25 charge on all NSF checks will apply. Customer is responsible for all costs incurred by NDY for non-payment.