**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                               Case Number:    13-cv-3418

Not Dead Yet Manufacturing, Inc. d/b/a NDY Mfg., Inc.

v.

Pride Solutions, LLC and May Wes Manufacturing

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Not Dead Yet Manufacturing, Inc. d/b/a NDY Mfg. Inc.

| | |
|---|---|
| NAME (Type or print) <br> Joseph M. Kuo | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Joseph M. Kuo | |
| FIRM  Olson & Cepuritis, Ltd. | |
| STREET ADDRESS  20 N. Wacker Drive, 36th Floor | |
| CITY/STATE/ZIP  Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6216400 | TELEPHONE NUMBER  (312) 580-1180 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL                         APPOINTED COUNSEL | |