### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| NOT DEAD YET MANUFACTURING, INC., d/b/a NDY MFG, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRIDE SOLUTIONS, LLC and MAY WES MANUFACTURING, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO.  13-cv-3418 <br><br> Judge Rebecca R. Pallmeyer |

### INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| A | NDY Manufacturing Invoice dated March 9, 2011 |
| B | May Wes Manufacturing Website Page: www.maywes.com/stalk_stompers_combines, printed May 21, 2014 |
| C | U.S. Patent No. 8,418,432 to Shoup issued April 16, 2013 |
| D | U.S. Patent No. 8,745,963 to Shoup issued June 10, 2014 |