**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NOT DEAD YET MANUFACTURING, INC.,
d/b/a NDY MFG, INC.,
                    Plaintiff,

   v.

PRIDE SOLUTIONS, LLC and MAY WES
MANUFACTURING,
                    Defendants.

CASE NO.   13-cv-3418

Judge Rebecca R. Pallmeyer

**PLAINTIFF'S APPENDIX OF MATERIALS IN SUPPORT OF ITS MOTION FOR
PARTIAL SUMMARY JUDGMENT AND PARTIAL MOTION TO DISMISS**

| Exhibit | Description |
|---|---|
| A | U.S. Patent No. 8,418,432 |
| B | U.S. Patent No. 8,745,963 |
| C | Defendants' Final Non-infringement Contentions |
| D | Declaration of Larry Johnson |
| E | Dictionary definition for "support" |
| F | Excerpts from deposition of Frederick Elder |
| G | QD1 infringement chart for claims 6 and 7 of '963 Patent |
| H | QD1 infringement chart for claim 1 of '432 Patent |
| I | Excerpts from expert report of Frederick Elder |
| J | Defendants' production documents |
| K | Defendants' Final Invalidity Contentions |
| L | Excerpts from claim construction hearing transcript (Jan. 23, 2015) |
| M | Original patent application for '432 Patent |
| N | Photos of NDY stalk stomper |
| O | Excerpts from deposition of Kenneth E. Shoup |
| P | Petition to Correct Claim of Priority |
| Q | Assignment documents |
| R | Excerpts from deposition of Justin Eggert |
| S | Excerpts from deposition of Benjamin Wick |
| T | U.S. Patent 5,890,871 |
| U | Plaintiff's Exhibits 95, 96, 97 from deposition of Elder (relevant pages included) |
| V | Excerpts from Defendants' response to request for admissions |
| W | U.S. Patent 8,567,167 |
| X | U.S. Patent 8,858,110 |
| Y | Declaration of Kenneth E. Shoup |
| Z | Plaintiff's Preliminary Infringement Contentions (6/26/2014) |
| AA | Excerpts from deposition of Darryl Peterson |
| BB | DuFault Letter Dec. 15, 2015 |