# EXHIBIT F
# Redacted
**Excerpts from deposition of Frederick Elder**

# In The Matter Of:

*Not Dead Yet Manufacturing, Inc. vs.*
*Pride Solutions, LLC, et al.*

*Deposition of FREDERICK ELDER, Ph.D.*
*Vol. 2*
*January 29, 2016*



**Verbatim Reporting, Limited**
2 East Mifflin Street, Suite 102
Madison, Wisconsin 53703
www.Verbatim-Madison.com
verbatim@tds.net
608.255.7700

"Excellence in Reporting Since 1988"
*Min-U-Script®*