UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Not Dead Yet Manufacturing, Inc.
                    Plaintiff,
v.                                          Case No.: 1:13−cv−03418
                                            Honorable Rebecca R. Pallmeyer
Pride Solutions, LLC, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 27, 2018:

    MINUTE entry before the Honorable Mary M. Rowland: The Court has been informed the parties reached a settlement agreement. Settlement conference set for 4/30/18 at 1:30 p.m. is stricken. Parties should file their dismissal papers with the district court judge. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.